FILED BY _AC_ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUL 22 PM 1:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | 04-20507 ✓ |
| v. ) | Criminal No. 04-20304 Ml |
| _Marshall Henderson_ ) | (30-Day Continuance) |
| _____ ) | |
| _____ ) | |
| _____ ) | |
| Defendant(s). ) | |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the August, 2005, criminal rotation calendar, but is now RESET for report at <u>9:00 a.m. on Friday, August 26, 2005</u>, with trial to take place on the September, 2005 rotation calendar with the time excluded under the Speedy Trial Act through September 16, 2005. Agreed in open court at report date this 22nd day of July, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _7-25-05_



SO ORDERED this 22nd day of July, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

_____
Assistant United States Attorney

_____

_____
Counsel for Defendant(s)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:04-CR-20507 was distributed by fax, mail, or direct printing on July 25, 2005 to the parties listed.

---

David Henry
167 N. Main, 8th Floor
Memphis, TN 38103

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT