IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 OCT 11 AM 11: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 04-20304-Ml & |
| ) | 04-20507-Ml |
| MARSHALL HENDERSON ) | |
| Defendant. ) | |

## ORDER ON CHANGE OF PLEA

This cause came to be heard on October 7, 2005, the United States Attorney for this district, Kevin Ritz, appearing for the Government and the defendant, Marshall Henderson, appearing in person and with counsel, Scott Hall, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty as to Count 1 of Indictment 04-20507.

Plea colloquy was held and the Court accepted the guilty plea.

Indictment 04-20304 to be dismissed at sentencing.

**SENTENCING** in this case is **SET** for **FRIDAY, DECEMBER 9, 2005, at 9:00 a.m., in Courtroom No. 4, on the 9th floor before Judge Jon Phipps McCalla.**

Defendant is allowed to remain released on present bond.

**ENTERED** this the ___11___ day of October, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  10-11-05

43

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:04-CR-20507 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

David Henry
167 N. Main, 8th Floor
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT